IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>                                Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>                                Defendant. | Civil Action No. 6:20-cv-01041-ADA |

**DECLARATION OF MARK D. SELWYN IN SUPPORT OF HP INC.'S
OPPOSED MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE**

I, Mark D. Selwyn, declare as follows:

1.     I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for HP Inc. ("HP") in the above-captioned matter. I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York. I am familiar with the facts set forth herein, and if called to testify as a witness, I could and would testify competently to those facts under oath.

2.     The named inventors of United States Patent Nos. 7,116,710, 7,421,032, 7,916,781, and 8,284,833 are Hui Jin, Aamod Khandekar, and Robert McEliece. The named inventors of United States Patent No. 7,716,552 are Dariush Divsalar, Robert J. McEliece, Hui Jin, and Fabrizio Pollara. Based on investigation, Hui Jin resides in New York City, Aamod Khandekar appears to reside in San Diego, California, Dariush Divsalar and Fabricio Pollara appear to reside in the Greater Los Angeles Area, California, and Robert McEliece is deceased. True and correct copies of the LinkedIn profiles of Hui Jin, Aamod Khandekar, Dariush Divsalar, and Fabrizio Pollara are

attached as Exhibits 1–4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2021.

/s/ *Mark D. Selwyn*
Mark D. Selwyn