# EXHIBIT 1

## Contact

www.linkedin.com/in/hui-jin-932a0612 (LinkedIn)

# Hui Jin

Founder and President at MathCup Academy Inc
New York

## Experience

**MathCup Academy Inc**
Founder and President
August 2017 - Present (3 years 8 months)
Greater New York City Area

MathCup Academy is a non-profit organization dedicated to providing an engaging math enrichment platform for all K-12 students. Website MathCup.com.

**JinYi Capital Management**
Co-Founder
April 2014 - Present (7 years)

Quantitative investment management.

**Caltech**
Inventor
June 2016 - November 2020 (4 years 6 months)

Co-Inventor of Irregular Repeat Accumulate (IRA) codes, with Dr. McEliece and Dr. Khandekar; the inventors filed and obtained four patents covering the innovation in 2000s. Because of its great performance, power efficiency and lower complexity, IRA-LPDC code later became an essential component in WiFi communication system (802.11n and after) as well as in DVB-S2 satellite communication system. In 2016, Caltech sued Apple and Brodcom for infringing Caltech's IRA patents. Worked closely with Caltech and law firm Quinn Emanuel on the case. This resulted in a $1.1 Billion jury verdict in January 2020.

https://aseanhr.org/technology/apple-and-broadcom-vs-caltechs-wi-fi-chip-patents/

**Goldman sachs**
8 years
Vice President
2010 - April 2014 (4 years)

Quantitative and Algorithmic Trading Group, Securities Division.

Page 1 of 2

Quantitative trading on interest rate products.

Vice President
2006 - 2010 (4 years)

Strategist, FICC, Security Division.
Pricing and risk management on interest rate volatility desk. Mainly focused on vanilla options, bermuda swap/swaptions, and correlation products. Developed a spread option correlation model that has great dynamics.

## Qualcomm
Senior Technical Staff
2001 - 2006 (5 years)

Over 20 issued and pending patents.

---

# Education

### California Institute of Technology
PhD, Electrical Engineering · (1998 - 2001)

### Caltech
BS, Electrical Engineering · (1995 - 1998)

### Shanghai Jiao Tong University
not finished, Electrical Engineering · (1993 - 1995)

### Shanghai High School
 · (1990 - 1992)