# EXHIBIT 2

## Contact

www.linkedin.com/in/aamod-
khandekar-095b5428 (LinkedIn)

## Top Skills

OFDM

LTE

ASIC

# Aamod Khandekar

Senior Director Of Engineering at Qualcomm

San Diego

## Experience

Qualcomm

18 years 7 months

Senior Director Of Engineering

October 2016 - Present (4 years 6 months)

Greater San Diego Area

Principal Engineer

September 2002 - Present (18 years 7 months)

―――――

## Education

Caltech

Ph.D., Electrical Engineering · (1998 - 2002)

Indian Institute of Technology, Bombay

B.Tech., Electrical Engineering · (1994 - 1998)