# EXHIBIT 3

# Dariush Divsalar

Scientist at California Institute of Technology
Pasadena

## Contact

www.linkedin.com/in/dariush-divsalar-7a23a77 (LinkedIn)

## Top Skills

C++
Matlab
Signal Processing

## Experience

California Institute of Technology
Scientist

Jet Propulsion Laboratory/California Institute of Technology
Senior Research Scientist
1978 - 2012 (34 years)

---

## Education

University of California, Los Angeles