# EXHIBIT 4

## Contact

www.linkedin.com/in/fabrizio-pollara-1197981 (LinkedIn)

# Fabrizio Pollara

Mgr, Communications Architectures & Research, Jet Propulsion Laboratory, California Institute of Technology
La Canada Flintridge

## Summary

Specialties: Telecommunications systems theory
Information theory
Error correcting codes

---

## Experience

**JPL**
Manager, Communications Architectures and Research Section
September 2000 - Present (20 years 8 months)

**jpl**
section manager
1983 - 2000 (17 years)

---

## Education

**Politecnico di Milano**
Dr., Electrical Engineering · (1972 - 1978)

**Leone xiii**

**UCLA**
Ph.D., Electrical Engineering