## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 6:20-cv-1041-ADA<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT'S OPPOSED
## MOTION FOR INTRA-DISTRICT TRANSFER OF VENUE

This Court, having considered Defendant's Opposed Motion for Intra-District Transfer of Venue (the "Motion"), is of the opinion that the Motion should be granted.

The case is ORDERED TRANSFERRED to the Austin Division of this Court and the Clerk is directed to take all actions necessary to effectuate said Transfer.

SIGNED this _____ day of _____ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE